# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RAYMOND BUFORD                                               PLAINTIFF(S)

VS.                    Case No. 4:17CV00323 SWW

SUPERIOR ENERGY SERVICES LLC, ET AL                          DEFENDANT(S)

### ORDER

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 16th day of May 2017.

AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK

BY: /s/ Cecilia Norwood
    Courtroom Deputy to
    U.S. District Judge Susan Webber Wright