IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RAYMOND BUFORD, individually and on behalf of others similarly situated**          **PLAINTIFF**

v.          Case No. 4:17-cv-00323-KGB

**TEXAS CES, INC., d/b/a SPN WELL SERVICES a/k/a MERCER WELL SERVICES**          **DEFENDANT**

## ORDER

Before the Court is a stipulation of dismissal filed by plaintiff Raymond Buford, individually and on behalf of others similarly situated, and defendant Texas CES, Inc., d/b/a SPN Well Services a/k/a Mercer Well Services (Dkt. No. 65). The parties submit that they stipulate to the dismissal with prejudice of all claims in this matter. The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 65). The action is dismissed with prejudice with each party to bear its own costs, expenses, and attorneys' fees.

It is so ordered this the 8th day of June, 2018.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge